# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2222 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 39 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 34446 |
| PAUL J. McARDLE, | : | |
| | : | (Allegheny County) |
| | : | |
| PETITION OF:  PAUL M. McARDLE | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of January, 2016, the Petition for Review is DENIED.


     Mr. Justice Eakin did not participate in the decision of this matter.